Cathy BETHEA, Petitioner,

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3013.

United States Court of Appeals, Federal Circuit.

April 1, 2004.

Cathy Bethea, of counsel, Washington, DC, for Petitioner.

Cristina C. Ashworth, Principal Attorney, Department of Justice, David M. Cohen, of counsel, Department of Justice, Franklin E. White, Jr., of counsel, Department of Justice, Washington, DC, for Respondent.

## ORDER

BRYSON, Circuit Judge.

Cathy Bethea moves for reconsideration of the court's February 10, 2004 order dismissing her petition for review for failure file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Bethea's motion for reconsideration is granted.

(2) The February 10, 2004 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) Bethea's brief is due within 30 days of the date of filing of this order.